160 A.3d 694

GREGORY PRESSLEY, PLAINTIFF–PETITIONER, v.
LUKE V. MANGARO AND BOROUGH OF PINE
HILL, DEFENDANTS–RESPONDENTS.

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004496–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

160 A.3d 695

IN THE INTEREST OF D.R., A JUVENILE. (D.R. – PETITIONER)

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002127–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.